# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                Case No. 3:09cv358/WS/EMT

ROBERT W. SMITH

## REFERRAL AND ORDER

Referred to Magistrate Judge Timothy on     February 17, 2010

Type of Motion/Pleading:  Motion For Entry of Default

Filed by:   Plaintiff         on 2/17/10     Document   9

( )    Stipulated/Consented/Joint Pleading

RESPONSES:

                                            on          Doc.#

                                            on          Doc.#

WILLIAM M. McCOOL, CLERK OF COURT

/s/ *Teresa Milstead*
Deputy Clerk: Teresa Milstead

## ORDER

Upon consideration of the foregoing, it is **ORDERED** this 18th day of February, 2010, that:

Action on the requested relief is **DEFERRED**. The court previously granted Defendant's request, submitted pro se, for an enlargement of time until February 1, 2010, in which to respond to the first amended complaint (*see* Docs. 7, 8). The allotted time has now passed, and Defendant has not responded.

In light of Defendant's pro se status, however, the court will give him until **MARCH 1, 2010,** in which to respond to the first amended complaint. If Defendant does not plead or otherwise defend this action by such date, the clerk shall enter a default against him, following which Plaintiff may move for default judgment. *See* Fed. R. Civ. P. 55(a)(b).

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**