IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

vs.                                              Case No. 3:09cv358/WS/EMT

ROBERT W. SMITH and NANCY E.
SMITH,
    Defendants.
_____/

**ORDER**

        This cause is before the court upon Plaintiff's "Motion for Default Judgment as to Robert W. Smith" (Doc. 12). Before the court rules on this matter, Defendant Robert W. Smith shall have an opportunity to respond to Plaintiff's motion.

        Accordingly, it is **ORDERED**:

        1.    Defendant Robert W. Smith shall respond to Plaintiff's motion within **FOURTEEN (14) DAYS** from the date of docketing of this order.

        2.    Failure to comply with this order may result in a recommendation that Plaintiff's motion be granted and that final judgment be entered in favor of Plaintiff.

        **DONE AND ORDERED** this 11th day of June 2010.

                                                  /s/ *Elizabeth M. Timothy*
                                                  **ELIZABETH M. TIMOTHY**
                                                  **UNITED STATES MAGISTRATE JUDGE**